AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,** | Civil Action No.: |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **BANKUNITED, INC.,** | |
| Defendant. | |

## COMPLAINT FOR INFRINGEMENT OF PATENT

Now comes, Plaintiff, Blueprint IP Solutions LLC ("Plaintiff" or "Blueprint IP Solutions"), by and through undersigned counsel, and respectfully alleges, states, and prays as follows:

### NATURE OF THE ACTION

1.      This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") to prevent and enjoin Defendant BankUnited, Inc. (hereinafter "Defendant"), from infringing and profiting, in an illegal and unauthorized manner, and without authorization and/or consent from Plaintiff from U.S. Patent No. 8,089,980 ("the '980 Patent" or the "Patent-in-Suit"), which is attached hereto as Exhibit A and incorporated herein by reference, and pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

### THE PARTIES

2.      Plaintiff is a Texas limited liability company with its principal place of business at 6009 West Parker Road, Suite 149-1009, Plano, TX 75093.

3.      Upon information and belief, Defendant is a corporation organized under the laws of Delaware, having a principal place of business at 14817 Oak Lane, Miami Lakes, Florida. Upon information and belief, and according to the Delaware Secretary of State's website, Defendant may

1

be served with process c/o the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

4.    Defendant operates a plurality of brick and mortar bank branches in this forum state and in this judicial district. By way of non-limiting example, Defendant has at least about ten branch offices in the greater Miami area.

## JURISDICTION AND VENUE

5.    This is an action for patent infringement in violation of the Patent Act of the United States, 35 U.S.C. §§1 *et seq.*

6.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a).

7.    This Court has personal jurisdiction over Defendant by virtue of its systematic and continuous contacts with this jurisdiction and its residence in this District, as well as because of the injury to Plaintiff, and the cause of action Plaintiff has risen in this District, as alleged herein.

8.    Defendant is subject to this Court's specific and general personal jurisdiction pursuant to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in this forum state and in this judicial District; and (iii) being physically domiciled in this District.

9.    Venue is proper in this judicial district pursuant to 28 U.S.C. §1400(b) because Defendant resides in this District under the Supreme Court's opinion in *TC Heartland v. Kraft Foods Group Brands LLC,* 137 S. Ct. 1514 (2017) through its regular and established place of business in this District.

## FACTUAL ALLEGATIONS

10.     On January 3, 2012, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '980 Patent, entitled "METHOD FOR PROTECTION SWITCHING OF GEOGRAPHICALLY SEPARATE SWITCHING SYSTEMS" after a full and fair examination. The '980 Patent is attached hereto as Exhibit A and incorporated herein as if fully rewritten.

11.     Plaintiff is presently the owner of the '980 Patent, having received all right, title and interest in and to the '980 Patent from the previous assignee of record.  Plaintiff possesses all rights of recovery under the '980 Patent, including the exclusive right to recover for past infringement.

12.     To the extent required, Plaintiff has complied with all marking requirements under 35 U.S.C. § 287.

13.     The invention claimed in the '980 Patent comprises a non-abstract method for protections switching of geographically separate systems arranged in pairs. The invention claimed in the '980 Patent is a practical application and inventive step of technology.

14.     The '980 Patent contains sixteen claims, namely three independent claims and thirteen dependent claims.

15.     Claim 1 of the '980 Patent states:

"1. A method for protection switching of geographically separate switching systems arranged in pairs, comprising:

providing a pair of switching systems which are geographically separate and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state and the other is in a hot-standby operating state;

controlling the communication between the each of the pair switching system and a monitoring unit in accordance with the an operating state of the respective switching system;

3

when a loss of the communication to the switching system in the active operating state occurs:

activating, by the monitoring unit, the switching system in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state." See Exhibit A.

16.    Defendant commercializes, inter alia, methods that perform all the steps recited in at least one claim of the '980 Patent. More particularly, Defendant commercializes, inter alia, methods that perform all the steps recited in Claim 1 of the '980 Patent.  Specifically, Defendant makes, uses, sells, offers for sale, or imports a method that encompasses that which is covered by Claim 1 of the '980 Patent.

## DEFENDANT'S PRODUCT(S)

17.    Defendant offers solutions and employment positions, such as a Data Engineer using the "BankUnited Hadoop System" (the "Accused System"), that enables a method for protection switching of geographically separate systems arranged in pairs.  For example, the Accused System performs the method for protection switching of geographically separate systems arranged in pairs.  A non-limiting and exemplary claim chart comparing the Accused System of Claim 1 of the '980 Patent is attached hereto as Exhibit B and is incorporated herein as if fully rewritten.

18.    As recited in Claim 1, a system, at least in internal testing and usage, utilized by the Accused System practices a method for protection switching of geographically separate switching systems (e.g., distributed or remote racks for Datanodes) arranged in pairs (e.g., racks

are arranged in pairs). On information and belief, the accused party utilizes Hadoop HDFS.  See Exhibit B.

19.     As recited in one step of Claim 1, the system, at least in internal testing and usage, utilized by the Accused System practices providing a pair of switching systems (e.g., racks for Datanodes are arranged in pair) which are geographically separate (e.g., distributed or remote racks for Datanodes) and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state (e.g., a local rack for data node) and the other is in a hot-standby operating state (e.g., a remote rack for data node). The Hadoop distributed file system (HDFS) architecture provides data replication at Data nodes for failure protection. A replication factor represents number of replicas of a file at different Data nodes. The replication factor is 3 for a file by default. A first replica is stored at a Data node in a local rack (e.g., active operating state) and two replicas at two different Data nodes in a remote rack (e.g., hot-standby state). The two racks for data nodes are distributed or remote to each other. The data nodes in remote rack keep their state synchronized with the data node in local rack to perform fast failover. See Exhibit B.

20.     As recited in another step of Claim 1, the system, at least in internal testing and usage, utilized by the Accused System practices controlling the communication between the each of the pair switching system (e.g., distributed or remote racks for Datanodes) and a monitoring unit (e.g., Namenode) in accordance with the operating state (e.g., active or hot-standby) of the respective switching system. The monitoring unit (i.e., Namenode) monitors status and health of the data nodes in different racks. Upon information and belief, the system comprises a controlling unit or administrative unit which configures and manage Namenode services and control communication between the Namenode and the Data nodes. See Exhibit B.

21.     As recited in another step of Claim 1, the system, at least in internal testing and usage, utilized by the Accused System practices determining a loss of the communication to the switching system in the active operating state (e.g., a data node failure in a rack). The monitoring unit (i.e., Namenode) monitors status and health of the data nodes in different racks. Each data node sends a periodic heartbeat message to the Namenode. The Namenode marks a data node as dead or lost when doesn't receive a heartbeat message from the node.  See Exhibit B.

22.     As recited in another step of Claim 1, the system, at least in internal testing and usage, utilized by the Accused System practices activating, by the monitoring unit (e.g., Namenode server), the switching system (e.g., data nodes in different racks) in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state. The system utilized by the Accused System comprises a The Namenode (i.e., monitoring unit) switches states of rack pair, the data node pair at local rack is considered as lost or dead and the data nodes at remote rack are used primarily to manage traffic. The data node at the remote rack periodically pings the Namenode for network resources to communicate with a client device. The data node sends an IP lease request to the monitoring unit (e.g., Namenode). See Exhibit B.

23.     The elements described in the preceding paragraphs are covered by at least Claim 1 of the '980 Patent. Thus, Defendant's use of the Accused System is enabled by the method described in the '980 Patent.

6

## INFRINGEMENT OF THE PATENT-IN-SUIT

24.     Plaintiff realleges and incorporates by reference all of the allegations set forth in the preceding paragraphs.

25.      In violation of 35 U.S.C. §271, Defendant is now, and has been directly infringing the '980 Patent.

26.     Defendant has had knowledge of infringement of the '980 Patent at least as of the service of the present Complaint.

27.      Defendant has directly infringed and continues to directly infringe at least one claim of the '980 Patent by using, at least through internal testing or otherwise, the Accused System without authority in the United States, and will continue to do so unless enjoined by this Court. As a direct and proximate result of Defendant's direct infringement of the '980 Patent, Plaintiff has been and continues to be damaged.

28.     By engaging in the conduct described herein, Defendant has injured Plaintiff and is thus liable for infringement of the '980 Patent, pursuant to 35 U.S.C. §271.

29.     Defendant has committed these acts of infringement without license or authorization.

30.     As a result of Defendant's infringement of the '980 Patent, Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

31.     Plaintiff will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.  As such, Plaintiff is entitled to compensation for any continuing and/or future infringement up until the date that Defendant is finally and permanently enjoined from further infringement.

32.     Plaintiff reserves the right to modify its infringement theories as discovery progresses in this case; it shall not be estopped for infringement contention or claim construction purposes by the claim charts that it provides with this Complaint.  The claim chart depicted in Exhibit B is intended to satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure and does not represent Plaintiff's preliminary or final infringement contentions or preliminary or final claim construction positions.

## **DEMAND FOR JURY TRIAL**

33.     Plaintiff demands a trial by jury of any and all causes of action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

a.  That Defendant be adjudged to have directly infringed the '980 Patent either literally or under the doctrine of equivalents;

b.  An accounting of all infringing sales and damages including, but not limited to, those sales and damages not presented at trial;

c.  That Defendant, its officers, directors, agents, servants, employees, attorneys, affiliates, divisions, branches, parents, and those persons in active concert or participation with any of them, be permanently restrained and enjoined from directly infringing the '980 Patent;

d.  An award of damages pursuant to 35 U.S.C. §284 sufficient to compensate Plaintiff for the Defendant's past infringement and any continuing or future infringement up until the date that Defendant is finally and permanently enjoined from further infringement, including compensatory damages;

e.  An assessment of pre-judgment and post-judgment interest and costs against Defendant, together with an award of such interest and costs, in accordance with 35 U.S.C. §284;

    f.   That Defendant be directed to pay enhanced damages, including Plaintiff's attorneys'

fees incurred in connection with this lawsuit pursuant to 35 U.S.C. §285; and

    g.   That Plaintiff be granted such other and further relief as this Court may deem just and

proper.

Dated: January 29, 2020               Respectfully submitted,

                                */s/ Howard L. Wernow*
                                Howard Wernow, B.C.S
                                Fla Bar No. 107560
                                SAND, SEBOLT & WERNOW CO., LPA
                                4940 Munson Street, N.W. – Suite 1100
                                Canton, Ohio 44718
                                Telephone: 330-244-1174
                                Facsimile: 330-244-1173

                                *Board Certified in Intellectual Property*
                                *Law by the Florida Bar*

                                ATTORNEY FOR PLAINTIFF
                                BLUEPRINT IP SOLUTIONS LLC

# EXHIBIT A

US008089980B2

(12) **United States Patent** (10) Patent No.: **US 8,089,980 B2**

Löbig et al. (45) Date of Patent: **Jan. 3, 2012**

(54) **METHOD FOR PROTECTION SWITCHING OF GEOGRAPHICALLY SEPARATE SWITCHING SYSTEMS**

(75) Inventors: **Norbert Löbig**, Darmstadt (DE); **Jürgen Tegeler**, Penzberg (DE)

(73) Assignee: **Siemens Aktiengesellschaft**, Munich (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1131 days.

(21) Appl. No.: **10/582,589**

(22) PCT Filed: **Aug. 26, 2004**

(86) PCT No.: **PCT/EP2004/051925**

§ 371 (c)(1), (2), (4) Date: **Jun. 9, 2006**

(87) PCT Pub. No.: **WO2005/057853**

PCT Pub. Date: **Jun. 23, 2005**

(65) **Prior Publication Data**

US 2007/0140109 A1 Jun. 21, 2007

(30) **Foreign Application Priority Data**

Dec. 12, 2003 (DE) .................................. 103 58 344

(51) **Int. Cl.**
*H04B 7/212* (2006.01)
*G01R 31/08* (2006.01)

(52) **U.S. Cl.** ........................................ **370/442**; 370/217

(58) **Field of Classification Search** ................. 370/442, 370/217, 219, 220

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,473,599 A | | 12/1995 | Li et al. |
| 5,835,696 A | * | 11/1998 | Hess ................................ 714/10 |
| 5,974,114 A | * | 10/1999 | Blum et al. ..................... 379/9 |
| 6,005,841 A | * | 12/1999 | Kicklighter ................. 370/217 |
| 6,108,300 A | | 8/2000 | Coile et al. |
| 6,173,411 B1 | | 1/2001 | Hrist et al. |
| 7,023,795 B1 | * | 4/2006 | Hwu ............................. 370/219 |
| 7,535,827 B2 | * | 5/2009 | Rusmisel et al. .......... 370/219 |
| 2002/0007468 A1 | * | 1/2002 | Kampe et al. ............... 714/4 |
| 2003/0033030 A1 | | 2/2003 | Naismith et al. |
| 2003/0048746 A1 | * | 3/2003 | Guess et al. ............... 370/219 |
| 2003/0097610 A1 | | 5/2003 | Hofner |
| 2003/0152064 A1 | * | 8/2003 | Khan et al. ................. 370/352 |
| 2009/0219804 A1 | * | 9/2009 | Cole et al. ................. 370/218 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1321004 A | 11/2001 |
| EP | 0 412 799 A2 | 2/1991 |

* cited by examiner

*Primary Examiner* — Derrick Ferris

*Assistant Examiner* — Angel Brockman

(57) **ABSTRACT**

A protocol is provided being executed with a redundancy of 1:1. As a result, an identical clone, with identical hardware, identical software and an identical data base, is allocated to each switching system to be protected, as a redundancy partner. Switching is carried out in a quick, secure and automatic manner by a superordinate, real-time enabled monitor which establishes communication with the switching systems which are arranged in pairs. In the event of communication loss with respect to the active communication system, real-time switching to the redundant switching system is carried out.

**16 Claims, 1 Drawing Sheet**





US 8,089,980 B2

1

# METHOD FOR PROTECTION SWITCHING OF GEOGRAPHICALLY SEPARATE SWITCHING SYSTEMS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is the US National Stage of International Application No. PCT/EP2004/051925, filed Aug. 26, 2004 and claims the benefit thereof. The International Application claims the benefits of German application No. 10358344.0 DE filed Dec. 12, 2003, both of the applications are incorporated by reference herein in their entirety.

## FIELD OF INVENTION

The present invention relates to a method for protection switching of geographically separate switching systems.

## BACKGROUND OF INVENTION

Contemporary switching systems (switches) possess a high degree of internal operational reliability owing to the redundant provision of important internal components. This means that a very high level of availability of the switching-oriented functions is achieved in normal operation. If, however, external influencing factors occur on a massive scale (e.g. fire, natural disasters, terrorist attacks, consequences of war, etc.), the precautionary measures taken to increase operational reliability are generally of little use, since the original and replacement components of the switching system are located at the same place and so in a disaster scenario of said kind there is a high probability that both components have been destroyed or rendered incapable of operation.

## SUMMARY OF INVENTION

A 1:1 redundancy has been proposed as a solution. Accordingly it is provided to assign each switching system requiring protection an identical clone as a redundancy partner having identical hardware, software and database. The clone is in the powered-up state, but is nonetheless not active in terms of switching functions. Both switching systems are controlled by a realtime-capable monitor, ranked at a higher level in the network hierarchy, which controls the switchover operations.

An object underlying the invention is to specify a method for protection switching of switching systems which ensures an efficient switchover of a failed switching system to a redundancy partner in the event of a fault.

According to the invention a protocol is proposed which is executed between a higher-level realtime-capable monitor and the active switching system on the one side, and the hot-standby switching system on the other side. The protocol is based on the standard IP protocols BOOTP/DHCP which are usually supported by every IP implementation. This solution can therefore be implemented in any switching system with IP-based interfaces with minimal implementation overhead. The solution is comprehensively deployable and cost-effective, because essentially only the outlay for the monitor is incurred. Furthermore, it is extremely robust thanks to the use of simple, standardized IP protocols. Control errors due to temporary outages in the IP core network are rectified automatically after the outage has been terminated. A dual monitor failure likewise represents no problem in this variant.

A significant advantage of the invention is to be seen in the fact that in the course of the switchover operation from an active switching system to a hot-standby switching system no

2

network management and no form of central control unit to support the switchover operations are required in the participating switching systems. To that extent it is irrelevant whether the switching system has a central control unit or not. This means that the invention is also applicable to routers, which—in contrast to the traditional switching system—generally have no central control unit of said kind.

## BRIEF DESCRIPTION OF THE DRAWING

The invention is explained in more detail below with reference to a schematically represented exemplary embodiment. According to the invention it is provided to assign each switching system requiring protection (e.g. $S_1$) an identical clone as a redundancy partner (e.g. $S_{1b}$) with identical hardware, software and database. The clone is in the powered-up state, but is nonetheless not active in terms of switching functions ("hot standby" operating state). In this way a highly available 1:1 redundancy of switching systems distributed over a plurality of locations is defined.

## DETAILED DESCRIPTION OF INVENTION

The two switching systems (switching system $S_1$ and the clone or redundancy partner $S_{1b}$) are controlled by a network management system NM. The control is implemented in such a way that the current status of the database and the software of the two switching systems $S_1$, $S_{1b}$ is kept identical. This is achieved in that every operation-oriented command, every configuration command and every software update including patches is delivered in identical fashion to both partners. In this way a physically remote clone identical to a switch that is in operation is defined with identical database and identical software revision level.

The database basically contains all semi-permanent and permanent data. In this context permanent data is understood to mean the data which is stored as code in tables and which can only be changed by means of a patch or software update. Semi-permanent data refers to the data which enters the system e.g. via the user interface and which is stored there for a relatively long period in the form of the input. Except for the configuration statuses of the system, this data is generally not modified by the system itself. The database does not contain the transient data accompanying a call, which data the switching system stores only temporarily and which generally has no significance beyond the duration of a call, or status information which consists of transient overlays/supplements to configuratively predetermined basic states. (For example, although a port could be active in the basic state, it may not be accessible at the present time due to a transient (transitory) fault).

In addition, the switching systems $S_1$, $S_{1b}$ both have at least one active, packet-oriented interface to the common network management system NM. According to the present exemplary embodiment these are to be the two interfaces $IF_1$. In this case the two interfaces $IF_1$ assume an active operating state ("act"). However, whereas in the case of switching system S1 all the remaining packet-oriented interfaces $IF_2 \ldots IF_n$ are also active, in the case of switching system $S_{1b}$, in contrast, the remaining interfaces are in the operating state "idle". The state "idle" means that the interfaces permit no exchange of messages, but can be activated from an external point, i.e. by a higher-level, realtime-capable monitor located outside of switching system $S_1$ and switching system $S_{1b}$. The monitor can be implemented in hardware or software and in the event of a fault switches over in real time to the clone. Real time, in this case, means a time span of 1 to 2 seconds. According to

US 8,089,980 B2

3

the present exemplary embodiment the monitor is embodied as control device SC and duplicated for security reasons (local redundancy).

The interfaces $I_n$ are packet-based and so represent communication interfaces to packet-based peripheral devices (such as e.g. IAD, MG, SIP proxy devices), remote packet-based switches, packet-based media servers. They are controlled indirectly by the monitor which is embodied as a control device SC (Switch Controller). This means that the control device SC can activate and deactivate the interfaces $IF_n$ and therefore switch back and forth at will between the operating states "act" and "idle".

The configuration according to the figure is to be regarded as a default configuration. This means that switching system $S_1$ is active in terms of switching functions, while switching system $S_{1b}$ is in a "hot standby" operating state. This state is characterized by an up-to-date database and full activity of all components except for the packet-based interfaces (and possibly the processing of switching-oriented events). The (geographically redundant) switching system $S_{1b}$ can therefore be switched over quickly (in real time) by the control device SC into the active state in terms of switching-oriented functions by activation of the interfaces $IF_2 \ldots IF_n$. The interface $IF_1$ is also active on the hot standby switching system, because it describes the interface to the network management, which interface must always be active.

It is to be regarded as a significant aspect that the two geographically redundant switching systems $S_1$, $S_{1b}$ as well as the network management NM and the duplicated control device SC must each be clearly separated geographically.

The control device SC transmits the current operating state of the switching systems $S_1$ and $S_{1b}$ (act/hot-standby, status of the interfaces) as well as its own operating state to the network management NM s. The functions of the control device SC can optionally be performed partially or in full by the network management NM. For security reasons the network management NM should have the functionality to be able also to effect the above described switchovers manually. Optionally, the automatic switchover can be blocked so that the switchover can only be performed manually.

The switching systems $S_1$ and $S_{1b}$ can also perform their own regular checks to determine whether their packet-based interfaces are active. If this is not the case for the interfaces $IF_2 \ldots IF_n$, it can be concluded that they are in the "hot standby" state and certain alarms which are produced as a result of the non-availability of the interfaces $IF_2 \ldots IF_n$ can be selectively blocked. The transition of a switch from "hot standby" to "active" can also be detected in this way. This enables targeted measures to be taken if necessary at the start of the switching operations.

The packet addresses (IP addresses) of the interfaces $I_2 \ldots n$ of switching system $S_1$ and their respective partner interfaces of switching system $S_{1b}$ can be identical, but do not have to be. If they are identical, the switchover is noticed only by the front-end router. For the partner application in the network, on the other hand, it is completely transparent. This is a new application and generalization of the IP failover function. If the protocol which serves an interface permits a switchover of the communication partner to a different packet address, as is the case, for example, with the H.248 protocol (a media gateway can independently establish a new connection to another media gateway controller with a different IP address), the IP addresses can also be different.

In an embodiment of the invention it is provided to use the central computer of a further switching system as the control device SC. As a result there then exists a control device with maximum availability.

4

In a development of the invention consideration is given to the establishment of a direct communication interface between switching system $S_1$ and switching system $S_{1b}$. This can be used for updating the database e.g. with regard to SCI (Subscriber Controlled Input) and charge data as well as for exchanging transient data of individual connections or important further transient data (e.g. H.248 Association Handle). In this way the disruptions to operation can be minimized from the subscriber and operator perspective. The semi-permanent and transient data can then be transferred from the respective active switching system into the redundant hot-standby switching system in a cyclical time frame (update). The update of the SCI data has the advantage that the cyclical restore on the hot-standby system is avoided and SCI data in the hot-standby system is always up-to-date. As a result of the update of stack-relevant data, such as the H.248 Association Handle, the takeover by a standby system can be hidden from the peripherals and the downtimes can be reduced even more considerably.

Essentially, the IP addresses of all network components must be known in the network. The allocation of the IP addresses is controlled when the entire IP network device is powered up. For this purpose there is provided in the network a server (BOOTP server) which communicates via a BOOTP protocol with the clients that are to be powered up. At startup the network components (client), such as, for example, the switching systems $S_1$, $S_{1b}$, request the IP addresses from the BOOTP server with the aid of the BOOTP protocol. Once these IP addresses have been received, the respective component's own MAC address (network-wide hardware address) and own IP address are thus known in all network components. Since this assignment is not yet known in the network, this information is communicated by the network components to other network components (client, router) in the course of a broadcast message. A separate protocol (ARP protocol, Address Resolution Protocol) is used for this purpose.

According to the invention a protocol, referred to in the following as the HSCB protocol (HSCB: Hot-Standby Control Protocol), is proposed for monitoring and for switching over from an active switching system to a redundantly arranged switching system. Said HSCB protocol is executed between the control device SC and the switching system $S_1$ as well as between the control device SC and the switching system $S_{1b}$. It is essential that the protocol is able to bring the switching system $S_1$ into an active ("act") or a "hot standby" operating state after startup (recovery). In addition the switching system in the active (and optionally also the system in the "hot standby") operating state has to be monitored and the necessary switchovers have to be initiated in the event of a fault (active switching system goes to hot-standby/hot-standby switching system goes to active). Optionally, it can be explicitly communicated to switching systems $S_1$ and $S_{1b}$ whether they are in the active or hot-standby state.

The following rules are specified in the HSCB protocol between the control device SC and the switching system $S_1$ or, as the case may be, $S_{1b}$:

If a packet-based interface of a switching system is in the operating state "IDLE", it sends IP address requests ("BOOTP request") to the control device SC at regular intervals. In this case it is not necessary for the control device SC to answer these BOOTP requests of the interfaces of the switching system: this is done only for the address requests from the switching system that is identified as active to the control device SC. In the case of a positive response from the control device SC, the packet-based interface is placed into the active operating state ("act"). If there is no (or a negative)

US 8,089,980 B2

5

response from the control device SC, the packet-based interfaces that are in the inactive operating state remain in the inactive operating state ("IDLE"). After the booting sequence all the packet-based interfaces are in the inactive operating state ("IDLE"). An interface in the active operating state does not need to send any address requests ("IP Request") to the control device SC.

The control device SC, for its part, sends monitoring messages at regular intervals to the packet-based interfaces, which must respond to these messages only if they are active. By means of a special message the control device SC can bring a packet-based interface from the active operating state into the inactive operating state ("IDLE").

The startup of the network configuration is described below. After startup, all the interfaces of switching systems $S_1$ and $S_{1b}$ are always in the inactive operating state "IDLE". The control device SC is now to be the BOOTP server for switching systems $S_1$ and $S_{1b}$. This means that at startup time the IP interfaces of switching system $S_1$ and/or switching system $S_{1b}$ fetch their IP addresses via BOOTP request from the control device SC. The control device SC is aware of the existence of both switching systems as well as of the operating state (act/hot-standby) still to be assumed by these. The control device SC implicitly communicates to the two switching systems $S_1$, $S_{1b}$ the operating state that they have to assume after startup. On the one hand this is effected for the switching system $S_{1b}$ that is to be defined as hot-standby in that the control device SC does not respond to the BOOTP requests of the interfaces $IF_2 \ldots IF_n$. Consequently, these interfaces have no IP addresses and remain in the inactive operating state ("IDLE"). However, they continue sending BOOTP requests at regular intervals to the control device SC, which in the normal state continues not to respond to these requests. On the other hand this is effected for the switching system $S_1$ that is to be defined as active in that the control device SC responds to all BOOTP requests (through communication of the IP address), as a result of which all interfaces are activated. DHCP requests can also be taken instead of BOOTP requests.

The system consisting of active switching system and clone thus assumes the state provided (in the control device SC), which is defined as the fault-free normal state. In this state the cyclical BOOTP requests of the interfaces of the clone continue not to be answered, as a result of which these also continue not to have their IP addresses. The active interfaces of switching system $S_1$ send no BOOTP requests. In this normal state the control device SC now sends monitoring messages cyclically to the interfaces of the active switching system, which messages have to be answered by the active interfaces. If this is the case, it can be assumed that the active switching system also continues to be in a fault-free operating state, as a result of which the active operating state is maintained. Since the cyclical BOOTP requests from the clone also continue to arrive (and also continue not to be answered), it can likewise be assumed that the clone too is in a fault-free operating state (still "IDLE", as previously). The control device SC has therefore stored the knowledge of the functional integrity of the active switching system and also of the clone. This knowledge is always kept at the latest level by means of the acknowledgement of the cyclical monitoring messages and the cyclical BOOTP requests of the clone.

In the scenario described below let a serious failure of switching system $S_1$ be assumed. Owing to the geographical redundancy there is a high probability that the clone (switching system $S_{1b}$), like the control device SC, is also unaffected. The failure of switching system $S_1$ is identified by the control

6

device SC, which also controls the corresponding switchover operations to switching system $S_{1b}$:

The failure of switching system $S1$ is detected by the control device SC due to the fact that the monitoring messages are no longer acknowledged. However, a predefinable number of interfaces (configurable, optionally also all) should apply as the failure criterion, and not simply a loss of communication with all the interfaces. Thus, if no acknowledgements for this predefinable number of interfaces of switching system $S_1$ arrive at the control device SC for a relatively long period (e.g. 1 min.), it is concluded that a serious failure of switching system $S1$ has occurred. This criterion is sufficient to initiate a switchover from switching system $S_1$ to switching system $S_{1b}$.

In this case the control device SC initially places still active interfaces of switching system $S_1$ into the inactive operating state ("IDLE") with the aid of a special message. This message is embodied such that the interfaces of switching system $S_1$ are prompted to release their IP addresses. To be on the safe side, the message is supplied to all the interfaces of switching system $S_1$ (i.e. also to those that have failed) and cyclically repeated until the BOOTP requests from the now inactive interfaces arrive at the control device SC. Switching system $S_1$ is therefore in the inactive operating state.

The BOOTP requests still cyclically arriving as previously from $S_{1b}$ are now answered by the control device SC in that the interfaces of the hitherto inactive clone are notified of their IP addresses. As a result switching system $S_{1b}$ assumes an active operating state. Switching system $S_{1b}$ is thus ready for switching operation and can take over the functions of switching system $S1$.

The advantage of this approach lies in the avoidance of the "split brain" scenario. The interfaces of switching system $S_1$ are to remain in the inactive operating state even after the recovery of switching system $S_1$. Switching system $S_1$ is therefore deactivated in terms of switching functions until the next switchover. In order to keep the time interval of inconsistent interface states in switching system $S_{1b}$ as short as possible, the requests could be triggered in switching system $S_{1b}$.

Several failure scenarios are discussed below:

For the solution according to the invention, a total failure of the control device SC (dual failure of the two halves) represents no problem, in particular since such a case is extremely unlikely. In this embodiment variant this does not disrupt normal switching operation. Only the automatic switchover function of the control device SC is no longer present. Should a switchover become necessary during this time, it can be performed manually by the network management NM.

Similarly, a disruption to the communication between switching system $S_1$ and control device SC can be intercepted. In this case there is a very small probability that the "split brain" scenario can occur. This means that the two switching systems $S_1$, $S_{1b}$ simultaneously assume an active operating state and both also use the same IP addresses.

In order to rule out this complete scenario it is proposed to introduce a mutual monitoring for act/stb between switching system $S_1$ and switching system $S_{1b}$. The monitoring can use the same mechanisms as described above. Thus, for example, a dedicated IP interface of switching system $S_{1b}$ (hot standby) can send BOOTP requests to its partner interfaces in switching system $S_1$ at regular intervals and monitor whether its partner interface is active. If switching system $S_{1b}$ is now to go from hot-standby to active, a check can first be carried out to determine whether the partner interface has failed (i.e. is no longer sending any responses). If it is still active (which must not be the case if the switchover has been performed correctly

US 8,089,980 B2

7

and would lead to the "split brain"), the switchover stb->act in switching system $S_{1b}$ is prevented—and consequently also the "split brain". In this case there is a high probability that switching system $S_1$ is still active.

If a "split brain" scenario should still nonetheless occur at some point, there is still a simple possibility of correction from the network management NM side. According to this, one of the two switching systems is once again placed into the stb operating state and if necessary executes a recovery

The invention is claimed:

**1**. A method for protection switching of geographically separate switching systems arranged in pairs, comprising:

providing a pair of switching systems which are geographically separate and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state and the other is in a hot-standby operating state;

controlling the communication between the each of the pair switching system and a monitoring unit in accordance with the an operating state of the respective switching system;

when a loss of the communication to the switching system in the active operating state occurs:

activating, by the monitoring unit, the switching system in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state.

**2**. The method as claimed in claim **1**, wherein an operating state selected from the group consisting of active operating state and hot-standby state has a pre-definable number of packet-based interfaces.

**3**. The method as claimed in claim **1**, wherein the monitoring unit does not respond to the request while the switching system is in the hot-standby operating state.

**4**. The method as claimed in claim **1**, further comprising changing the packet-based interface from the inactive state to an active state in response to receiving an IP lease response.

**5**. The method as claimed in claim **4**, wherein the IP lease response from the monitoring unit contains an IP address leased to the requesting packet-based interface.

**6**. The method as claimed in claim **1**, further comprising suppressing an sending IP lease request to the monitoring unit by a packet-based interface of the switching system in the active operating state, the packet-based interface is in an active operating state.

**7**. The method as claimed in claim **1**, further comprising:

receiving a monitoring message from the monitoring unit by a packet-based interface of the switching system in the active operating state, the packet-based interface is in an active state; and

acknowledging the message by the packet-based interface.

**8**. The method as claimed in claim **7**, further comprising:

determining, by the monitoring unit, a fault condition when an acknowledgement is not received from the packet-based interface in the active state; and

sending a IP lease response to a packet-based interface, which is inactive, of the switching system in the hot-standby operating state.

8

**9**. The method as claimed in claim **8**, further comprising changing the packet-based interface from the inactive state to an active state in response to receiving the IP response.

**10**. The method as claimed in claim **1**, wherein the operating state of the switching system having the communication loss changes to a hot-standby operation state and remains defined as the hot-standby switching system until a new fault situation forces a new switchover.

**11**. A method for protection switching of geographically separate switching systems arranged in pairs, comprising:

providing a pair of switching systems which are geographically separate and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state and the other is in a hot-standby operating state, each of the pair of switching systems comprises a database which is identical to each other, the database comprises only permanent data and semi-permanent data such that transient data pertaining to calls is excluded;

controlling the communication between the each of the pair switching system and a monitoring unit in accordance with the an operating state of the respective switching system;

when a loss of the communication to the switching system in the active operating state occurs:

activating, by the monitoring unit, the switching system in the hot-standby operating state to be in the active operating state, and

deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state; and ignoring the IP lease request by the monitoring unit while the switching system is in the hot-standby operating state.

**12**. The method as claimed in claim **11**, further comprising changing the packet-based interface from the inactive state to an active state in response to receiving an IP lease response, the IP lease response from the monitoring unit contains an IP address leased to the requesting packet-based interface.

**13**. The method as claimed in claim **11**, further comprising:

receiving a monitoring message from the monitoring unit by a packet-based interface of the switching system in the active operating state, the packet-based interface in an active state;

sending a response by the switching system in the active operating state via the packet-based interface to the monitoring message in order to acknowledge the monitoring message;

determining by the monitoring unit a fault condition when an acknowledgement is not received from the packet-based interface in the active state; and

sending a IP lease response to a packet-based interface, which is inactive, of the switching system in the hot-standby operating state.

**14**. A method for protection switching of geographically separate switching systems arranged in pairs, comprising:

providing a pair of switching systems which are geographically separate and which supply a dedicated redundancy to each other, the pair of switching systems comprise software identical to each other, one of the pair of

US 8,089,980 B2

9

switching systems is in an active operating state and the other is in a hot-standby operating state;

providing a monitoring unit that communicates with the pair of switching systems; controlling the communication between the each of the pair switching system and a monitoring unit in accordance with the an operating state of the respective switching system;

when a loss of the communication to the switching system in the active operating state occurs:

activating, by the monitoring unit, the switching system in the hot-standby operating state to be in the active operating state, and

deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state,

wherein every software update including patches is delivered in identical fashion to the first and redundant switching system, and

wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface

10

is in an inactive state; and ignoring the IP lease request by the monitoring unit while the switching system is in the hot-standby operating state.

**15**. The method as claimed in claim **14**, further comprising changing the packet-based interface from the inactive state to an active state in response to receiving an IP lease response, the IP lease response from the monitoring unit contains an IP address leased to the requesting packet-based interface.

**16**. The method as claimed in claim **14**, further comprising:

receiving a monitoring message from the monitoring unit by a packet-based interface of the switching system in the active operating state, the packet-based interface in an active state;

sending a response by the switching system in the active operating state via the packet-based interface to the monitoring message in order to acknowledge the monitoring message;

determining by the monitoring unit a fault condition when an acknowledgement is not received from the packet-based interface in the active state; and

sending a IP lease response to a packet-based interface, which is inactive, of the switching system in the hot-standby operating state.

* * * * *

# EXHIBIT B

| US8089980 | BankUnited ("Accused Party") |
|---|---|
| 1. A method for protection switching of geographically separate switching systems arranged in pairs, comprising: | On information and belief, the accused party utilizes a system that practices a method for protection switching of geographically separate switching systems (e.g., distributed or remote racks for Datanodes) arranged in pairs (e.g., racks are arranged in pairs).<br><br>On information and belief, the accused party utilizes Hadoop HDFS. |

 **Data Engineer**

BankUnited - Miami Lakes, FL   3.8 ★          **Apply Now**      ♡

💼 Full-time   Estimated: $100,000 - $150,000 a year

**Must also possess the following:**

Strong experience with advanced analytics tools for object-oriented/object
function scripting using languages such as R, Python, Java, and Scala

Strong ability to design, build and manage data pipelines for data structures
encompassing data transformation, data models, schemas, metadata and
workload management. The ability to work with both IT and business in
integrating analytics and data science output into business processes and
workflows.

Strong experience with popular database programming languages including SQL
and PL/SQL for relational databases and certifications on upcoming
NoSQL/Hadoop oriented databases like MongoDB and Cassandra for
nonrelational databases.

Strong experience in working with large, heterogeneous datasets in building and
optimizing data pipelines, pipeline architectures and integrated datasets using
traditional data integration technologies. These should include ETL/ELT, data
replication/CDC, message-oriented data movement, API design and access and
upcoming data ingestion and integration technologies such as stream data
integration, CEP and data virtualization.

Strong experience in working with SQL on Hadoop tools and technologies
including HIVE, Impala, Presto and others from an open source perspective and
Hortonworks Data Flow (HDF), Dremio, Informatica, Talend among others from a
commercial vendor perspective.

https://www.simplyhired.com/search?q=etl+hadoop+kafka+streams&job=RA8140K_zqhR2X0PB
BTZYKCDQ4mFXpUaiqUhToxB7zMnkLhJqf8iew



https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

**Replica Selection**

To minimize global bandwidth consumption and read latency, HDFS tries to satisfy a read request from a replica that is closest to the reader. If there exists a replica on the same rack as the reader node, then that replica is preferred to satisfy the read request. If angg/ HDFS cluster spans multiple data centers, then a replica that is resident in the local data center is preferred over any remote replica.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

As a platform for doing analytics on large datasets that is much less costly than would be possible with parallel data warehouses, Hadoop and its myriad extensions and modified underpinnings has fulfilled its purpose. But it still has two big problems. First, customers always want queries to run a lot faster. And second, it takes far too long to set up a Hadoop cluster to even get going.

With its MapR Distribution 5.0 announced this week, MapR Technologies, one of the three big commercial distributors of Hadoop, is stepping up its game on both fronts.

The challenge with any new technology is that enterprise customers are loathe the change until they have to, and even when they do, they want the new thing to look and act like the old thing. Hyperscalers and HPC shops are used to more disruption in their lives and seem to thrive on it. Supercomputing centers are basically funded to take risks, while hyperscalers fundamentally have no choice because they are running at the limits of scale for hardware and software to handle their gargantuan workloads.

Keeping the pools of data that are used by different parts of the Hadoop stack – and we are using the term Hadoop in a very general way to include extensions like the Spark in-memory, Storm streaming, Kafka distributed messaging, and Elasticsearch search functions – is problematic. And not just within a cluster. Synchronization is even more important across clusters because large enterprises, like hyperscalers, want to replicate their data across geographically distributed datacenters not only for high availability but to bring data close to different sets of end users who hook into different clusters.

https://www.nextplatform.com/2015/06/09/synchronizing-data-in-hadoop-lakes/



https://its.northeastern.edu/researchcomputing/wp-content/uploads/2018/07/HDFS_Discovery_Cluster_Nilay_Roy.pdf



**Step 1**

Metadata modifications coordinated using a cross data center quorum of Non-Stop NameNode

**Step 2**

Client creates file, adds block, write pipeline is established in local data center DataNodes, data is written and local write pipeline closes

**Step 3**

Asynchronous block replicator pushes one block to foreign data center

https://slideplayer.com/slide/4336686/

## NameNode and DataNodes

HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

### Block Replication

Namenode (Filename, numReplicas, block-ids, …)
/users/sameerp/data/part-0, r:2, {1,3}, …
/users/sameerp/data/part-1, r:3, {2,4,5}, …

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

**Replica Placement: The First Baby Steps**

The placement of replicas is critical to HDFS reliability and performance. Optimizing replica placement distinguishes HDFS from most other distributed file systems. This is a feature that needs lots of tuning and experience. The purpose of a rack-aware replica placement policy is to improve data reliability, availability, and network bandwidth utilization. The current implementation for the replica placement policy is a first effort in this direction. The short-term goals of implementing this policy are to validate it on production systems, learn more about its behavior, and build a foundation to test and research more sophisticated policies.

Large HDFS instances run on a cluster of computers that commonly spread across many racks. Communication between two nodes in different racks has to go through switches. In most cases, network bandwidth between machines in the same rack is greater than network bandwidth between machines in different racks.

The NameNode determines the rack id each DataNode belongs to via the process outlined in Hadoop Rack Awareness. A simple but non-optimal policy is to place replicas on unique racks. This prevents losing data when an entire rack fails and allows use of bandwidth from multiple racks when reading data. This policy evenly distributes replicas in the cluster which makes it easy to balance load on component failure. However, this policy increases the cost of writes because a write needs to transfer blocks to multiple racks.

For the common case, when the replication factor is three, HDFS's placement policy is to put one replica on one node in the local rack, another on a node in a different (remote) rack, and the last on a different node in the same remote rack. This policy cuts the inter-rack write traffic which generally improves write performance. The chance of rack failure is far less than that of node failure; this policy does not impact data reliability and availability guarantees. However, it does reduce the aggregate network bandwidth used when reading data since a block is placed in only two unique racks rather than three. With this policy, the replicas of a file do not evenly distribute across the racks. One third of replicas are on one node, two thirds of replicas are on one rack, and the other third are evenly distributed across the remaining racks. This policy improves write performance without compromising data reliability or read performance.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

## Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Safemode

|  | *Functions of NameNode:* |
|---|---|
|  | • It is the master daemon that maintains and manages the DataNodes (slave nodes)<br>• It records the metadata of all the files stored in the cluster, e.g. The location of blocks stored, the size of the files, permissions, hierarchy, etc. There are two files associated with the metadata:<br>  ○ **FsImage:** It contains the complete state of the file system namespace since the start of the NameNode.<br>  ○ **EditLogs:** It contains all the recent modifications made to the file system with respect to the most recent FsImage.<br>• It records each change that takes place to the file system metadata. For example, if a file is deleted in HDFS, the NameNode will immediately record this in the EditLog.<br>• It regularly receives a Heartbeat and a block report from all the DataNodes in the cluster to ensure that the DataNodes are live.<br>• It keeps a record of all the blocks in HDFS and in which nodes these blocks are located.<br>• The NameNode is also responsible to take care of the **replication factor** of all the blocks which we will discuss in detail later in this HDFS tutorial blog.<br>• In **case of the DataNode failure**, the NameNode chooses new DataNodes for new replicas, balance disk usage and manages the communication traffic to the DataNodes.<br><br>https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/ |
| providing a pair of switching systems which are geographically separate and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state and the other is | The system, at least in internal testing and usage, utilized by the accused product practices providing a pair of switching systems (e.g., racks for Datanodes are arranged in pair) which are geographically separate (e.g., distributed or remote racks for Datanodes) and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state (e.g., a local rack for data node) and the other is in a hot-standby operating state (e.g., a remote rack for data node).<br><br>As shown below, Hadoop distributed file system (HDFS) architecture provides data replication at Data nodes for failure protection. A replication factor represents number of replicas of a file at different Data nodes. The replication factor is 3 for a file by default. A first replica is stored at a Data |

| | |
|---|---|
| in a hot-standby operating state; | node in a local rack (e.g., active operating state) and two replicas at two different Data nodes in a remote rack (e.g., hot-standby state). The two racks for data nodes are distributed or remote to each other. The data nodes in remote rack keep their state synchronized with the data node in local rack to perform fast failover. |

## HDFS Architecture



https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

**HDFS Architecture:**



Data Nodes (Commodity Hardware)

**Apache HDFS** or **Hadoop Distributed File System** is a block-structured file system where each file is divided into blocks of a pre-determined size. These blocks are stored across a cluster of one or several machines. Apache Hadoop HDFS Architecture follows a *Master/Slave Architecture*, where a cluster comprises of a single NameNode (Master node) and all the other nodes are DataNodes (Slave nodes). HDFS can be deployed on a broad spectrum of machines that support Java. Though one can run several DataNodes on a single machine, but in the practical world, these DataNodes are spread across various machines.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/

## NameNode and DataNodes

HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

### Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Disk+Failure%2C+Heartbeats+and+Re-Replication

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

### Block Replication

> Namenode (Filename, numReplicas, block-ids, …)
> /users/sameerp/data/part-0, r:2, {1,3}, …
> /users/sameerp/data/part-1, r:3, {2,4,5}, …

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

# What Is Replication Factor?

Replication factor dictates how many copies of a block should be kept in your cluster. The replication factor is 3 by default and hence any file you create in HDFS will have a replication factor of 3 and each block from the file will be copied to 3 different nodes in your cluster.

https://www.hadoopinrealworld.com/how-to-change-default-replication-factor/

**Replica Placement: The First Baby Steps**

The placement of replicas is critical to HDFS reliability and performance. Optimizing replica placement distinguishes HDFS from most other distributed file systems. This is a feature that needs lots of tuning and experience. The purpose of a rack-aware replica placement policy is to improve data reliability, availability, and network bandwidth utilization. The current implementation for the replica placement policy is a first effort in this direction. The short-term goals of implementing this policy are to validate it on production systems, learn more about its behavior, and build a foundation to test and research more sophisticated policies.

Large HDFS instances run on a cluster of computers that commonly spread across many racks. Communication between two nodes in different racks has to go through switches. In most cases, network bandwidth between machines in the same rack is greater than network bandwidth between machines in different racks.

The NameNode determines the rack id each DataNode belongs to via the process outlined in Hadoop Rack Awareness. A simple but non-optimal policy is to place replicas on unique racks. This prevents losing data when an entire rack fails and allows use of bandwidth from multiple racks when reading data. This policy evenly distributes replicas in the cluster which makes it easy to balance load on component failure. However, this policy increases the cost of writes because a write needs to transfer blocks to multiple racks.

For the common case, when the replication factor is three, HDFS's placement policy is to put one replica on one node in the local rack, another on a node in a different (remote) rack, and the last on a different node in the same remote rack. This policy cuts the inter-rack write traffic which generally improves write performance. The chance of rack failure is far less than that of node failure; this policy does not impact data reliability and availability guarantees. However, it does reduce the aggregate network bandwidth used when reading data since a block is placed in only two unique racks rather than three. With this policy, the replicas of a file do not evenly distribute across the racks. One third of replicas are on one node, two thirds of replicas are on one rack, and the other third are evenly distributed across the remaining racks. This policy improves write performance without compromising data reliability or read performance.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

## Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Safemode

*Functions of NameNode:*

- It is the master daemon that maintains and manages the DataNodes (slave nodes)
- It records the metadata of all the files stored in the cluster, e.g. The location of blocks stored, the size of the files, permissions, hierarchy, etc. There are two files associated with the metadata:
    - **FsImage:** It contains the complete state of the file system namespace since the start of the NameNode.
    - **EditLogs:** It contains all the recent modifications made to the file system with respect to the most recent FsImage.
- It records each change that takes place to the file system metadata. For example, if a file is deleted in HDFS, the NameNode will immediately record this in the EditLog.
- It regularly receives a Heartbeat and a block report from all the DataNodes in the cluster to ensure that the DataNodes are live.
- It keeps a record of all the blocks in HDFS and in which nodes these blocks are located.
- The NameNode is also responsible to take care of the **replication factor** of all the blocks which we will discuss in detail later in this HDFS tutorial blog.
- In **case of the DataNode failure**, the NameNode chooses new DataNodes for new replicas, balance disk usage and manages the communication traffic to the DataNodes.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/

| | |
|---|---|
| | Hot standby is a redundant method in which one system runs simultaneously with an identical primary system. Upon failure of the primary system, the hot standby system immediately takes over, replacing the primary system. However, data is still mirrored in real time. Thus, both systems have identical data.<br><br>Hot standby is also known as hot spare, especially at the component level, such as a hard drive in a disk array.<br><br>https://www.techopedia.com/definition/1024/hot-standby |

Now let's examine how the name node handles a data node failure. In Figure 3.13, you can see four data nodes (two data nodes in each rack) in the cluster. These data nodes periodically send heartbeat signals (implying that a particular data node is active and functioning properly) and a block-report (containing a list of all blocks on that specific data node) to the name node.



http://www.informit.com/articles/article.aspx?p=2460260&seqNum=2

The name node thus is aware of all the active or functioning data nodes of the cluster and what block each one of them contains. You can see that the file system namespace contains the information about all the blocks from each data node (see Figure 3.13).

Now imagine that data node 4 has stopped working. In this case, data node 4 stops sending heartbeat signals to the name node. The name node concludes that data node 4 has died. After a certain period of time, the name nodes concludes that data node 4 is not in the cluster anymore and that whatever data node 4 contained should be replicated or load-balanced to the available data nodes.

As you can see in Figure 3.14, the dead data node 4 contained blocks B and C, so name node instructs other data nodes, in the cluster that contain blocks B and C, to replicate it in manner; it is load-balanced and the replication factor is maintained for that specific block. The name node then updates its file system namespace with the latest information regarding blocks and where they exist now.

http://www.informit.com/articles/article.aspx?p=2460260&seqNum=2



http://www.informit.com/articles/article.aspx?p=2460260&seqNum=2

| | |
|---|---|
| controlling the communication between the each of the pair switching system and a monitoring unit in accordance with the an operating state of the respective switching system; | The system, at least in internal testing and usage, utilized by the accused product practices controlling the communication between the each of the pair switching system (e.g., distributed or remote racks for Datanodes) and a monitoring unit (e.g., Namenode) in accordance with the operating state (e.g., active or hot-standby) of the respective switching system.<br><br>The monitoring unit (i.e., Namenode) monitors status and health of the data nodes in different racks. Upon information and belief, the system comprises a controlling unit or administrative unit which configures and manage Namenode services and control communication between the Namenode and the Data nodes. |



HDFS Architecture

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

**HDFS Architecture:**



**Apache HDFS** or **Hadoop Distributed File System** is a block-structured file system where each file is divided into blocks of a pre-determined size. These blocks are stored across a cluster of one or several machines. Apache Hadoop HDFS Architecture follows a *Master/Slave Architecture*, where a cluster comprises of a single NameNode (Master node) and all the other nodes are DataNodes (Slave nodes). HDFS can be deployed on a broad spectrum of machines that support Java. Though one can run several DataNodes on a single machine, but in the practical world, these DataNodes are spread across various machines.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/

## NameNode and DataNodes

HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

### Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Disk+Failure%2C+Heartbeats+and+Re-Replication

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

### Block Replication

Namenode (Filename, numReplicas, block-ids, …)
/users/sameerp/data/part-0, r:2, {1,3}, …
/users/sameerp/data/part-1, r:3, {2,4,5}, …

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

### Replica Placement: The First Baby Steps

The placement of replicas is critical to HDFS reliability and performance. Optimizing replica placement distinguishes HDFS from most other distributed file systems. This is a feature that needs lots of tuning and experience. The purpose of a rack-aware replica placement policy is to improve data reliability, availability, and network bandwidth utilization. The current implementation for the replica placement policy is a first effort in this direction. The short-term goals of implementing this policy are to validate it on production systems, learn more about its behavior, and build a foundation to test and research more sophisticated policies.

Large HDFS instances run on a cluster of computers that commonly spread across many racks. Communication between two nodes in different racks has to go through switches. In most cases, network bandwidth between machines in the same rack is greater than network bandwidth between machines in different racks.

The NameNode determines the rack id each DataNode belongs to via the process outlined in Hadoop Rack Awareness. A simple but non-optimal policy is to place replicas on unique racks. This prevents losing data when an entire rack fails and allows use of bandwidth from multiple racks when reading data. This policy evenly distributes replicas in the cluster which makes it easy to balance load on component failure. However, this policy increases the cost of writes because a write needs to transfer blocks to multiple racks.

For the common case, when the replication factor is three, HDFS's placement policy is to put one replica on one node in the local rack, another on a node in a different (remote) rack, and the last on a different node in the same remote rack. This policy cuts the inter-rack write traffic which generally improves write performance. The chance of rack failure is far less than that of node failure; this policy does not impact data reliability and availability guarantees. However, it does reduce the aggregate network bandwidth used when reading data since a block is placed in only two unique racks rather than three. With this policy, the replicas of a file do not evenly distribute across the racks. One third of replicas are on one node, two thirds of replicas are on one rack, and the other third are evenly distributed across the remaining racks. This policy improves write performance without compromising data reliability or read performance.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

### Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Safemode

<table>
<tr><td></td><td>

*Functions of NameNode:*

- It is the master daemon that maintains and manages the DataNodes (slave nodes)
- It records the metadata of all the files stored in the cluster, e.g. The location of blocks stored, the size of the files, permissions, hierarchy, etc. There are two files associated with the metadata:
    - **FsImage:** It contains the complete state of the file system namespace since the start of the NameNode.
    - **EditLogs:** It contains all the recent modifications made to the file system with respect to the most recent FsImage.
- It records each change that takes place to the file system metadata. For example, if a file is deleted in HDFS, the NameNode will immediately record this in the EditLog.
- It regularly receives a Heartbeat and a block report from all the DataNodes in the cluster to ensure that the DataNodes are live.
- It keeps a record of all the blocks in HDFS and in which nodes these blocks are located.
- The NameNode is also responsible to take care of the **replication factor** of all the blocks which we will discuss in detail later in this HDFS tutorial blog.
- In **case of the DataNode failure**, the NameNode chooses new DataNodes for new replicas, balance disk usage and manages the communication traffic to the DataNodes.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/
</td></tr>
<tr><td>when a loss of the communication to the switching system in the active operating state occurs:</td><td>

The system, at least in internal testing and usage, utilized by the accused product practices determining a loss of the communication to the switching system in the active operating state (e.g., a data node failure in a rack).

The monitoring unit (i.e., Namenode) monitors status and health of the data nodes in different racks. Each data node sends a periodic heartbeat message to the Namenode. The Namenode marks a data node as dead or lost when doesn't receive a heartbeat message from the node.
</td></tr>
</table>



https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

**HDFS Architecture:**



Data Nodes (Commodity Hardware)

**Apache HDFS** or **Hadoop Distributed File System** is a block-structured file system where each file is divided into blocks of a pre-determined size. These blocks are stored across a cluster of one or several machines. Apache Hadoop HDFS Architecture follows a *Master/Slave Architecture*, where a cluster comprises of a single NameNode (Master node) and all the other nodes are DataNodes (Slave nodes). HDFS can be deployed on a broad spectrum of machines that support Java. Though one can run several DataNodes on a single machine, but in the practical world, these DataNodes are spread across various machines.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/

## NameNode and DataNodes

HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

# Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

## Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Disk+Failure%2C+Heartbeats+and+Re-Replication

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

### Block Replication

Namenode (Filename, numReplicas, block-ids, …)
/users/sameerp/data/part-0, r:2, {1,3}, …
/users/sameerp/data/part-1, r:3, {2,4,5}, …

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

### Replica Placement: The First Baby Steps

The placement of replicas is critical to HDFS reliability and performance. Optimizing replica placement distinguishes HDFS from most other distributed file systems. This is a feature that needs lots of tuning and experience. The purpose of a rack-aware replica placement policy is to improve data reliability, availability, and network bandwidth utilization. The current implementation for the replica placement policy is a first effort in this direction. The short-term goals of implementing this policy are to validate it on production systems, learn more about its behavior, and build a foundation to test and research more sophisticated policies.

Large HDFS instances run on a cluster of computers that commonly spread across many racks. Communication between two nodes in different racks has to go through switches. In most cases, network bandwidth between machines in the same rack is greater than network bandwidth between machines in different racks.

The NameNode determines the rack id each DataNode belongs to via the process outlined in Hadoop Rack Awareness. A simple but non-optimal policy is to place replicas on unique racks. This prevents losing data when an entire rack fails and allows use of bandwidth from multiple racks when reading data. This policy evenly distributes replicas in the cluster which makes it easy to balance load on component failure. However, this policy increases the cost of writes because a write needs to transfer blocks to multiple racks.

For the common case, when the replication factor is three, HDFS's placement policy is to put one replica on one node in the local rack, another on a node in a different (remote) rack, and the last on a different node in the same remote rack. This policy cuts the inter-rack write traffic which generally improves write performance. The chance of rack failure is far less than that of node failure; this policy does not impact data reliability and availability guarantees. However, it does reduce the aggregate network bandwidth used when reading data since a block is placed in only two unique racks rather than three. With this policy, the replicas of a file do not evenly distribute across the racks. One third of replicas are on one node, two thirds of replicas are on one rack, and the other third are evenly distributed across the remaining racks. This policy improves write performance without compromising data reliability or read performance.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

### Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Safemode

| | |
|---|---|
| | *Functions of NameNode:*<br><br>• It is the master daemon that maintains and manages the DataNodes (slave nodes)<br>• It records the metadata of all the files stored in the cluster, e.g. The location of blocks stored, the size of the files, permissions, hierarchy, etc. There are two files associated with the metadata:<br>    ○ **FsImage:** It contains the complete state of the file system namespace since the start of the NameNode.<br>    ○ **EditLogs:** It contains all the recent modifications made to the file system with respect to the most recent FsImage.<br>• It records each change that takes place to the file system metadata. For example, if a file is deleted in HDFS, the NameNode will immediately record this in the EditLog.<br>• It regularly receives a Heartbeat and a block report from all the DataNodes in the cluster to ensure that the DataNodes are live.<br>• It keeps a record of all the blocks in HDFS and in which nodes these blocks are located.<br>• The NameNode is also responsible to take care of the **replication factor** of all the blocks which we will discuss in detail later in this HDFS tutorial blog.<br>• In **case of the DataNode failure**, the NameNode chooses new DataNodes for new replicas, balance disk usage and manages the communication traffic to the DataNodes.<br><br>https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/ |
| activating, by the monitoring unit, the switching system in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating | The system, at least in internal testing and usage, utilized by the accused product practices activating, by the monitoring unit (e.g., Namenode server), the switching system (e.g., data nodes in different racks) in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state. |

| | |
|---|---|
| state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state. | As shown below, the system utilized by the accused product comprises a Namenode server which monitors status and health of data nodes at different racks. Each data node sends periodic heartbeat message and block report to the Namenode server. When the Namenode server doesn't receive heartbeat message from the data node at a local rack, it determines that the data node in the rack is lost or not available and changes the status of the data node. The Namenode manages communication traffic and disk usages with the data nodes at remote rack.<br><br>Upon information and belief, The Namenode (i.e., monitoring unit) switches states of rack pair, the data node pair at local rack is considered as lost or dead and the data nodes at remote rack are used primarily to manage traffic. The data node at the remote rack periodically pings the Namenode for network resources to communicate with a client device. The data node sends an IP lease request to the monitoring unit (e.g., Namenode). |



HDFS Architecture

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

## HDFS Architecture:



**Apache HDFS** or **Hadoop Distributed File System** is a block-structured file system where each file is divided into blocks of a pre-determined size. These blocks are stored across a cluster of one or several machines. Apache Hadoop HDFS Architecture follows a *Master/Slave Architecture*, where a cluster comprises of a single NameNode (Master node) and all the other nodes are DataNodes (Slave nodes). HDFS can be deployed on a broad spectrum of machines that support Java. Though one can run several DataNodes on a single machine, but in the practical world, these DataNodes are spread across various machines.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/

## NameNode and DataNodes

HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

# Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

## Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Disk+Failure%2C+Heartbeats+and+Re-Replication

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks; all blocks in a file except the last block are the same size. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file. An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.

### Block Replication

Namenode (Filename, numReplicas, block-ids, …)
/users/sameerp/data/part-0, r:2, {1,3}, …
/users/sameerp/data/part-1, r:3, {2,4,5}, …

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

### Replica Placement: The First Baby Steps

The placement of replicas is critical to HDFS reliability and performance. Optimizing replica placement distinguishes HDFS from most other distributed file systems. This is a feature that needs lots of tuning and experience. The purpose of a rack-aware replica placement policy is to improve data reliability, availability, and network bandwidth utilization. The current implementation for the replica placement policy is a first effort in this direction. The short-term goals of implementing this policy are to validate it on production systems, learn more about its behavior, and build a foundation to test and research more sophisticated policies.

Large HDFS instances run on a cluster of computers that commonly spread across many racks. Communication between two nodes in different racks has to go through switches. In most cases, network bandwidth between machines in the same rack is greater than network bandwidth between machines in different racks.

The NameNode determines the rack id each DataNode belongs to via the process outlined in Hadoop Rack Awareness. A simple but non-optimal policy is to place replicas on unique racks. This prevents losing data when an entire rack fails and allows use of bandwidth from multiple racks when reading data. This policy evenly distributes replicas in the cluster which makes it easy to balance load on component failure. However, this policy increases the cost of writes because a write needs to transfer blocks to multiple racks.

For the common case, when the replication factor is three, HDFS's placement policy is to put one replica on one node in the local rack, another on a node in a different (remote) rack, and the last on a different node in the same remote rack. This policy cuts the inter-rack write traffic which generally improves write performance. The chance of rack failure is far less than that of node failure; this policy does not impact data reliability and availability guarantees. However, it does reduce the aggregate network bandwidth used when reading data since a block is placed in only two unique racks rather than three. With this policy, the replicas of a file do not evenly distribute across the racks. One third of replicas are on one node, two thirds of replicas are on one rack, and the other third are evenly distributed across the remaining racks. This policy improves write performance without compromising data reliability or read performance.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Data+Replication

# Robustness

The primary objective of HDFS is to store data reliably even in the presence of failures. The three common types of failures are NameNode failures, DataNode failures and network partitions.

### Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

https://hadoop.apache.org/docs/r1.2.1/hdfs_design.html#Safemode

*Functions of NameNode:*

- It is the master daemon that maintains and manages the DataNodes (slave nodes)
- It records the metadata of all the files stored in the cluster, e.g. The location of blocks stored, the size of the files, permissions, hierarchy, etc. There are two files associated with the metadata:
    - **FsImage:** It contains the complete state of the file system namespace since the start of the NameNode.
    - **EditLogs:** It contains all the recent modifications made to the file system with respect to the most recent FsImage.
- It records each change that takes place to the file system metadata. For example, if a file is deleted in HDFS, the NameNode will immediately record this in the EditLog.
- It regularly receives a Heartbeat and a block report from all the DataNodes in the cluster to ensure that the DataNodes are live.
- It keeps a record of all the blocks in HDFS and in which nodes these blocks are located.
- The NameNode is also responsible to take care of the **replication factor** of all the blocks which we will discuss in detail later in this HDFS tutorial blog.
- In **case of the DataNode failure**, the NameNode chooses new DataNodes for new replicas, balance disk usage and manages the communication traffic to the DataNodes.

https://www.edureka.co/blog/apache-hadoop-hdfs-architecture/

**Step Two:** Create a Datanode

The preliminary setup of a Datanode VM is very simple, you just have create the `hadoop` user and switch into it. Leave the Host only network interface as DHCP, the Datanodes do not require static ip addresses, also below you will see why it is actually really good if their ip addresses are allocated dynamically.

Now extract the same hadoop tarball that you used on the name node into the `/opt/` directory on the Datanode. Now all you have to do is configure the Datanodes `conf/core-site.xml` file with the exact same configuration as the Namenode. By exact I mean character for character, to the point where if you wanted to you could just copy the Namenodes `conf/core-site.xml` file over the top of the newly extracted one on the Datanode. This now means that the Datanode is configured to be aware of the Namenode.

https://pier0w.wordpress.com/2012/02/23/hadoop-hdfs/

That's it your new Datanode should now be up and running. You can confirm this by refreshing the Namenodes monitoring page and you should now see that the **Live Nodes** number has increased from 0 to 1.

Note: The Datanode could take a little while to register to the name node, you can check on it's progress in the `logs/hadoop-hadoop-datanode-*.log` file.

So as you can see all and all setting up hadoop is a very easy process. You can now add extra Datanodes to you hearts content by simply cloning and your first Datanode and starting it up. Since you have left the Host only network interface as DHCP each Datanode will automatically have it's own unique ip address.

You may also notice if you have read the hadoop documentation that I don't mention anything about the `conf/slaves` file. This is because I think that a hadoop cluster should be configured in an extendible way from the beginning so I have shown you how to start a Datanode so that it registers itself with an existing hadoop cluster. Instead of listing the Datanodes within the Namenodes `conf/slaves` file and having the Namenode start the Datanodes for you.

https://pier0w.wordpress.com/2012/02/23/hadoop-hdfs/

2.2 Dynamic allocation of network addresses

The second service provided by DHCP is the allocation of temporary or permanent network (IP) addresses to clients.  The basic mechanism for the dynamic allocation of network addresses is simple: a client requests the use of an address for some period of time.  The allocation mechanism (the collection of DHCP servers) guarantees not to reallocate that address within the requested time and attempts to return the same network address each time the client requests an address.  In this document, the period over which a network address is allocated to a client is referred to as a "lease" [11].  The client may extend its lease with subsequent requests.  The client may issue a message to release the address back to the server when the client no longer needs the address.  The client may ask for a permanent assignment by asking for an infinite lease.  Even when assigning "permanent" addresses, a server may choose to give out lengthy but non-infinite leases to allow detection of the fact that the client has been retired.

https://www.ietf.org/rfc/rfc2131.txt