**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,** | |
| Plaintiff, | Civil Action No. 1:20-cv-20403-MGC |
| v. | |
| **BANKUNITED, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Blueprint IP Solutions, LLC ("Blueprint"), states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: February 7, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard Wernow, B.C.S
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W. – Suite 1100
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
howard.wernow@sswip.com

*Board Certified in Intellectual Property Law
by the Florida Bar*

ATTORNEY FOR PLAINTIFF
BLUEPRINT IP SOLUTIONS LLC