**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**BLUEPRINT IP SOLUTIONS, LLC,**

     **Plaintiff,**

**v.**

**BANKUNITED, INC.,**

     **Defendant.**

**CASE NO. 1:20-cv-20403-MGC**

**PATENT CASE**

**JURY TRIAL DEMANDED**

## <u>NOTICE OF APPEARANCE</u>

The undersigned counsel hereby enters her appearance in this matter as Counsel for Defendant, BankUnited, Inc.  It is requested that all pleadings, motions, discovery, notices, orders and all Court filings to be served upon the undersigned counsel for the Defendant, BankUnited, Inc.

Dated: March 6, 2020.

Respectfully submitted,

By: */s/ Eleanor T. Barnett*

Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
WALDMAN BARNETT, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Tel: (305) 371-8809
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile
*ProHac Vice Application Forthcoming*

**COUNSEL FOR DEFENDANT
BANKUNITED, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on March 6, 2020, to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system.

*/s/ Eleanor T. Barnett        .*
Eleanor T. Barnett, Esq.