## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS, LLC,** | |
| Plaintiff, | **CASE NO. 1:20-cv-20403-MGC** |
| v. | **PATENT CASE** |
| **BANKUNITED, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant BankUnited, Inc. ("BankUnited") states that BankUnited is a publicly-held Delaware company (NYSE:BKU), and no publicly-held company owns 10% or more of BankUnited's stock.

Dated: March 6, 2020.

                                        Respectfully submitted,

By: */s/ Eleanor T. Barnett*
    Eleanor T. Barnett, Esq.
    Florida Bar No. 0355630
    WALDMAN BARNETT, P.L.
    3250 Mary Street, Suite 102
    Coconut Grove, Florida 33133
    Tel: (305) 371-8809
    ebarnett@waldmanbarnett.com
    litservice@waldmanbarnett.com

    Neil J. McNabnay
    Texas Bar No. 24002583
    mcnabnay@fr.com
    Ricardo J. Bonilla
    Texas Bar No. 24082704
    rbonilla@fr.com
    Rodeen Talebi
    Texas Bar No. 24103958
    talebi@fr.com
    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 - Telephone
    (214) 747-2091 – Facsimile
*ProHac Vice Application Forthcoming*

**COUNSEL FOR DEFENDANT
BANKUNITED, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 6, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                        */s/ Eleanor T. Barnett* .
                                        Eleanor T. Barnett, Esq.