## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS, LLC,** | |
| Plaintiff, | **CASE NO. 1:20-CV-20403-MGC** |
| v. | **PATENT CASE** |
| **BANKUNITED, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### [PROPOSED] ORDER GRANTING BANKUNITED, INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND <u>INCORPORATED MEMORANDUM OF LAW</u>

Having carefully considered Defendant BankUnited, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, this Court **GRANTS** the motion. The Asserted Patent is invalid under 35 U.S.C. § 101 as directed to ineligible subject matter, and Plaintiff accordingly has failed to state a claim upon which relief can be granted.

**IT IS HEREBY ORDERED** THAT Plaintiff's Complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED**.

Dated: _____, 2020.

_____
United States District Judge