# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,**  Plaintiff,  v.  **BANKUNITED, INC.,**  Defendant. | Civil Action No.: 1:20-cv-20403-MGC  **TRIAL BY JURY DEMANDED** |

### JOINT MOTION TO DIMISS

Now come Plaintiff, Blueprint IP Solutions LLC and Defendant, BankUnited, Inc., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant BankUnited, Inc. WITH PREJUDICE and all counterclaims against Plaintiff Blueprint IP Solutions LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The parties believe that the Motion to Dismiss currently pending [D.E. 10] in this matter is now moot.

Dated March 31, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard Wernow, B.C.S
Florida Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W. Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173

*Board Certified in Intellectual Property Law*
*by the Florida Bar*

ATTORNEY FOR PLAINTIFF
BLUEPRINT IP SOLUTIONS LLC

/s/ Eleanor T. Barnett
Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
WALDMAN BARNETT, P.L.
3250 Mary Street – Suite 102
Coconut Grove, Florida 33133
Telephone: 305-371-8809
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street – Suite 5000
Dallas, Texas 19001
Telephone: 214-747-5070
Facsimile: 214-747-2091

*Motions for Pro Hac Vice Forthcoming*

ATTORNEYS FOR DEFENDANT
BankUnited, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on March 31, 2020.

/s/ Howard L. Wernow
Howard L. Wernow