## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**BLUEPRINT IP SOLUTIONS LLC,**

    Plaintiff,

    **v.**

**BANKUNITED, INC.,**

    Defendant.

Civil Action No.: 1:20-cv-20403-MGC

**TRIAL BY JURY DEMANDED**

### [PROPOSED] ORDER GRANTING JOINT MOTION TO DIMISS

The Court, having considered the Parties' Joint Motion to Dismiss [D.E. 14], and good cause appearing therefor,

IT IS HEREBY ORDERED that claims against Defendant are dismissed with prejudice and counterclaims against Plaintiff are dismissed without prejudice. Each to party to bear its own costs.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
United States District Court Judge