IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,**<br><br>        Plaintiff,<br><br>        **v.**<br><br>**BANKUNITED, INC.,**<br><br>        Defendant. | Civil Action No.: 1:20-cv-20403-MGC<br><br>**TRIAL BY JURY DEMANDED** |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Now come Plaintiff Blueprint IP Solutions LLC and Defendant BankUnited, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41 (a)(2), and hereby voluntarily dismiss all of the claims asserted against Defendant BankUnited, Inc. in the within action WITH PREJUDICE and all of the counterclaims asserted against Plaintiff Blueprint IP Solutions LLC WITHOUT PREJUDICE.

Dated: April 1, 2020                                    Respectfully submitted,

                                        */s/ Howard L. Wernow*
                                        Howard Wernow, B.C.S
                                        Florida Bar No. 107560
                                        SAND SEBOLT & WERNOW CO., LPA
                                        4940 Munson Street, N.W. Canton, Ohio 44718
                                        Telephone: 330-244-1174
                                        Facsimile: 330-244-1173

                                        *Board Certified in Intellectual Property Law*
                                        *by the Florida Bar*

                                        ATTORNEY FOR PLAINTIFF
                                        BLUEPRINT IP SOLUTIONS LLC

/s/ Eleanor T. Barnett, Esq.
Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
WALDMAN BARNETT, P.L.
3250 Mary Street – Suite 102
Coconut Grove, Florida 33133
Telephone: 305-371-8809
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street – Suite 5000
Dallas, Texas 19001
Telephone: 214-747-5070
Facsimile: 214-747-2091

*Motions for Pro Hac Vice Forthcoming*

ATTORNEYS FOR DEFENDANT
BANKUNITED, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on April 1, 2020.

/s/ Howard L. Wernow
Howard L. Wernow

2