## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-20403-Civ-COOKE/GOODMAN

BLUEPRINT IP SOLUTIONS LLC,

     Plaintiff,

vs.

BANKUNITED, INC.,

     Defendants.

_____/

### ORDER OF DISMISSAL

THIS CLAIMS asserted against Defendant BankUnited, Inc. have been **DISMISSED** *with prejudice* and all the counterclaims asserted against Plaintiff Blueprint IP Solutions, LLC are dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal (ECF No. 15). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

     **DONE and ORDERED** in Chambers, in Miami, Florida, this 2nd day of April 2020.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*